# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* DAHLENE SMITH,<br><br>           Plaintiff(s),<br><br>    v.<br><br>MEDZED PHYSICIAN SERVICES, INC.; MEDZED, LLC; MEDZED HOLDINGS, LLC; MEDZED INCENTIVE HOLDINGS, LLC; NEIL SOLOMON, M.D.; THE LOCAL INITIATIVE HEALTH AUTHORITY FOR LOS ANGELES COUNTY D/B/A L.A. CARE HEALTH PLAN; ALEXANDER LI, M.D.; and DOES 1-10,<br><br>           Defendants. | Case No. 2:22-CV-06861-SPG-PVCx<br><br>**ORDER RE: DISMISSAL AND UNSEALING** |

On November 19, 2025, Relator Dahlene Smith ("Relator") filed a document entitled "Rule 41(a)(1)(A)(i) Notice of Voluntary Dismissal Without Prejudice." *See* (ECF No. 37). In that document, Relator requested that the Court dismiss a claim under the False Claims Act, asserted on behalf of the United States, and a claim under the California False Claims Act, asserted on behalf of the State of California. *See* (*id.*). To date, Relator has not served the Complaint on any of the Defendants named in this action, and no Defendant has appeared in the case.

On December 10, 2025, the United States and the State of California submitted their written consent to dismissal. *See* 31 U.S.C. § 3730(b)(1); Cal. Gov't Code § 12652(c)(1). The parties have not made the Court aware of any basis to deny Relator's request to dismiss the case. Therefore, it is ORDERED that:

1. This action is hereby DISMISSED in its entirety without prejudice to Relator, the United States, or the State of California.

2. The seal is lifted from this action in all respects, except as specified in Paragraph 3 below. This Order and Relator's Complaint shall be unsealed.

3. All other documents filed and lodged in this action shall remain permanently under seal and shall not be made public or served upon any defendant or any other party or person, unless ordered by the Court.

4. As to all papers and records filed or lodged in this action after the date of this Order, the seal is lifted.

**IT IS SO ORDERED.**

DATED: January 28, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE